# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**BRENDA M. DIEDRICH,**
          Plaintiff,

v.

**COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,**
          Defendant.

Civ. No. 6:21-cv-00455-SI

ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT

Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, it is hereby ordered that EAJA attorney's fees of $4,851.14 shall be awarded to Plaintiff. If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), then the check for EAJA fees shall be made payable to Max Rae, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Max Rae, at PO Box 7790, Salem, OR 97303-0175.

DATED this  1st  day of  February , 2022.

_____
MICHAEL H. SIMON
United States District Judge

PRESENTED BY:

*/s/ Max Rae*
MAX RAE, OSB# 813448
(503) 363-5424
Attorney for Plaintiff, Brenda M. Diedrich

Page 1.   ORDER AWARDING EAJA ATTORNEY FEES – DIEDRICH v. COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, 6:21-cv-00455-SI